NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOYCE CROSS,**
*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7132

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 09-3807, Judge Mary J. Schoelen.

---

**JUDGMENT**

---

ANDREW J. WAGHORN, of Gainesville, Virginia, argued for claimant-appellant.

JAMES R. SWEET, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for the respondent-appellee. With him on the brief were STUART F. DELERY, Principal Deputy Assistant Attorney General, JEANNE E. DAVIDSON, Director, and MARTIN F. HOCKEY, JR., Assis-

tant Director. Of counsel on the brief were DAVID J. BARRNES, Deputy Assistant General Counsel and LARA EILHARDT, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was CHRISTA A. SHRIBER, Attorney.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 10, 2013                    /s/ Jan Horbaly
Date                              Jan Horbaly
                                    Clerk